CLAUDE E. TRINDER and KATHRYN M. TRINDER, His Wife, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals upon certified questions denied, with ten dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.